FILED
APR 27 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 74CR2125-GT |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT AND ORDER OF DISMISSAL |
| | ) OF INDICTMENT AND |
| ALEJANDRO REYES LOMAS, | ) RECALL ARREST WARRANT |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above entitled case be dismissed without prejudice, and the arrest warrant be recalled.

IT IS SO ORDERED.

DATED: 4-27-11.

_____
HONORABLE GORDON THOMPSON, JR.
United States District Judge